UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 09-CR-201

MICHAEL PHILLIPS,

    Defendant.

**ORDER DENYING REQUEST FOR DETENTION HEARING**

    Defendant Michael Phillips began serving supervised release on November 27, 2012, after completing an 18-month prison sentence for illegal removal of asbestos. He was arrested based on allegations that he had violated the conditions of his supervised release on May 30, 2014 and was ordered detained by Magistrate Judge William Duffin on June 3, 2014. The final revocation hearing is scheduled for next Wednesday, July 2, 2014. On June 23, 2014, Phillips filed a motion for a detention hearing. Phillips proposes that he be released to obtain mental health treatment, which he is now willing to undertake. Given the short period of time before the detention hearing, I conclude that the motion should be denied. The proposal offered by Phillips is not unreasonable but requires a full hearing and input from probation to explore. The proposal will be more appropriately considered as an alternative to revocation than on a motion for release pending the hearing. Especially given the brief time and the uncertainty of the conditions offered, the Court concludes that the motion should be denied.

    SO ORDERED this 26th day of June, 2014.

                                                             s/ William C. Griesbach
                                                            William C. Griesbach, Chief Judge
                                                            United States District Court