UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 09-CR-201

MICHAEL PHILLIPS,

    Defendant.

## ORDER

Defendant Michael Phillips was convicted of illegal removal of asbestos in violation of 42 U.S.C. § 7413(c)(1) and sentenced to eighteen months in prison. He is currently on supervised release. A hearing was held on a petition to revoke his supervised release on July 2, 2014, and in lieu of revocation, the Court modified the conditions of his supervision to include the following additional conditions:

1. That Michael Phillips cooperate in a psychological/psychiatric evaluation to be arranged by his probation agent and Phillips follow through on any treatment recommendations.

2. That Michael Phillips undergo a medical evaluation at one of the free clinics available in the Milwaukee area and, unless disabled, follow through with efforts to find employment.

The other conditions of his supervision are to remain in effect.

The Court further noted that Phillips had now moved to the Milwaukee area and had no plans to return to the Fox Valley or Green Bay Division. Given that his attorney, the prosecutor,

and the defendant are all in the Milwaukee Division, the Court concludes that in the interests of convenience to the parties and minimizing further expense, the case should be transferred to the Milwaukee Division for reassignment to one of the judges in that division.

SO ORDERED this 3rd day of July, 2014.

                                                                     s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court